# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| El Petron Enterprises, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Whiting Resources Corporation, | ) | Case No. 1:16-cv-090 |
| | ) | |
| Defendant. | ) | |

Before the court is a "Joint Stipulation for Stay of Deadlines" filed by the parties on March 22, 2017. The court **ADOPTS** the parties' stipulation (Docket No. 34). All pretrial deadlines except the deadline for filing dispositive motions shall be suspended pending further order of the court. The final pretrial conference set for January 3, 2018, and bench trial scheduled for January 17, 2018, are cancelled. Both shall be rescheduled as necessary at a later date and time.

**IT IS SO ORDERED.**

Dated this 27th day of March, 2017.

>  */s/ Charles S. Miller, Jr.*
> Charles S. Miller, Jr., Magistrate Judge
> United States District Court